IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NIKIANO MONTOYA,

    Plaintiff,                    No. CIV S-09-1580 KJM P

    vs.

D. CHILDERS,

    Defendant.                  <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action under 42 U.S.C. § 1983.  Plaintiff has filed a motion requesting leave to submit motions and other papers to the court in writing.  Local Rule 130(b) states that matters contained on conventionally filed documents shall be presented by a "clearly legible process, without erasures or interlining that materially defaces the document... on one side of each sheet only."  The rule explicitly includes handwritten "printing" as an acceptable format, as long as it is legible. Plaintiff's motion for leave to submit handwritten papers to the court is therefore moot; permission for plaintiff to do so already exists in the court's local rule.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for leave to file motions and other papers in writing (docket no. 21) is moot.

DATED: June 22, 2010.

4/mont1580.ord

_____
U.S. MAGISTRATE JUDGE

1