IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NIKIANO MONTOYA,

    Plaintiff,                              No. CIV S-09-1580 MCE CKD

    vs.

D. CHILDERS,

    Defendant.                         ORDER

                                /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  On June 1, 2011, plaintiff filed a request for an investigator to assist him in the discovery process, as defendant was "stonewalling" him and "won't answer my questions."  (Dkt. No. 39.)

        For the purpose of ruling on this motion, the court assumes that plaintiff is asking the court to supply him with an investigator without requiring plaintiff to pay the associated costs.  Federal courts may permit commencement of suit without prepayment of fees and costs upon a showing of indigency and allow indigents who are unable to pay the entire filing fee upon filing to pay in installments. 28 U.S.C. § 1915(a) & (b).  Section 1915 does not, however, authorize or require federal courts to finance or subsidize a civil action or appeal by paying fees or other costs associated with litigation. Hadsell v. Internal Revenue Service, 107 F.3d 750, 752

1

(9th Cir. 1997); Tedder v. Odel, 890 F.2d 210, 211-12 (9th Cir. 1989) (finding that expenditure of public funds on behalf of indigent litigant is proper only when authorized by Congress). Therefore the court will deny plaintiff's request.

Accordingly, IT IS HEREBY ORDERED that plaintiff's June 1, 2011 motion for an investigator (Dkt. No. 39) is denied.

Dated: August 31, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
mont1580.ord