IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NIKIANO MONTOYA,

       Plaintiff,                         No. CIV S-09-1580 MCE CKD

   vs.

D. CHILDERS,

       Defendant.                   ORDER

_____/

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. On October 13, 2011, plaintiff filed a one-page motion seeking to compel a non-party witness to provide plaintiff with a copy of a voice stress analyzer test allegedly conducted on plaintiff. Plaintiff also requests a declaration from the witness. (Dkt. No. 46.) Per the scheduling order, discovery in this case closed on August 3, 2010, and any motions necessary to compel discovery were due by that date. (Dkt. No. 24.) The court will therefore deny plaintiff's motion as untimely.

////
////
////
////

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's October 13, 2011 motion
2 (Dkt. No. 46) is denied.

3  Dated: December 12, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
mont1580.ord2