IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NIKIANO MONTOYA,

    Plaintiff,        No. 2:09-cv-1580 MCE CKD P

    vs.

D. CHILDERS,

    Defendant.      ORDER

_____/

    Pursuant to order filed May 9, 2012, the parties were directed to file an update on the status of settlement negotiations. Responses were received on May 21, 2012, and defendant indicates that he is now in possession of: (1) executed stipulated dismissal with prejudice, (2) settlement agreement and release, and (3) payee data record from plaintiff.

    Therefore, IT IS HEREBY ORDERED that the jury trial set for July 2, 2012, before the Honorable Morrison C. England, Jr. is VACATED. Dispositional documents shall be filed within 90 days.

Dated: May 29, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

de
mont1580.ord

1